# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CR-139-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTHONY SHARPER, SR. and ) | |
| DEANA SHARPER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Erin M. Young, concerning Christopher M. Young, on May 19, 2021. Christopher M. Young seeks to appear as counsel *pro hac vice* for Defendant Anthony Sharper, Sr. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Christopher M. Young is hereby admitted *pro hac vice* to represent Defendant Anthony Sharper, Sr..

Signed: May 19, 2021

David C. Keesler
United States Magistrate Judge