UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00139-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY SHARPER SR** | ) | |
| **DEANA SHARPER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Amend/Correct Judgment of Forfeiture. (Doc. No. 56). The Government requests this Court to amend or correct the Money Judgments filed in this case due to a mathematical error. (Doc. Nos. 54, 55). While the time typically provided for a response has not run, review of the Government's motion, and the Government's submitted money judgments for each Defendant, reveals that the Government is correct and each Defendant's money judgment includes a discrepancy of two cents. Therefore, Defendant Anthony Sharper's money judgment should be corrected to the amount of $310,832.78 and Defendant Deana Sharper's money judgment should be corrected to the amount of $239,742.78. Having considered the Government's motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Amend/Correct Judgment of Forfeiture (Doc. No. 56) is **GRANTED**.

Signed: November 4, 2022

Max O. Cogburn Jr.
United States District Judge