IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:21-CR-139-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MONEY JUDGMENT** |
| | ) | |
| (1) ANTHONY SHARPER, SR | ) | |

THIS MATTER is before the Court on the United States of America's Motion, pursuant to Fed. R. Crim. P. 32.2(b), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p)[1], for this Court to enter a **$310,832.78** forfeiture money judgment against Defendant. For good cause shown and based on the preponderance of the evidence as set in the sentencing record which reflects the amounts obtained as a result of the fraud on the booster club and the PPP fraud charged in Counts One and Two, this Court hereby GRANTS the Motion.

THEREFORE, this Court hereby ORDERS Defendant liable for a **$310,832.78** Money Judgment, to be enforced and collected upon via the provisions of Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853.

Signed: November 4, 2022

Max O. Cogburn Jr.
United States District Judge

---

[1] 28 U.S.C. § 2461(c) renders Sections 981 and 853 applicable in this criminal fraud case.

1