UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00139-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY SHARPER, SR.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 75). Defendant is represented by Joshua Carpenter of the Federal Defenders of Western North Carolina, Inc.

**ORDER**

**IT IS ORDERED** that within 30 days the Government shall file a response to Defendant's motion.



Max O. Cogburn Jr.
United States District Judge